UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PIERRE RAYMOND,

          Petitioner,

v.

JERRY HOWELL, et al.,

          Respondents.

Case No. 2:20-cv-00849-APG-BNW

**ORDER**

      Petitioner Pierre Raymond, a *pro se* Nevada prisoner, has not properly commenced this habeas action by either paying the standard filing fee or filing an application for leave to proceed *in forma pauperis* (IFP).  He submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2254 but he did not pay the $5.00 filing fee or submit an IFP application.

      Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.  The court may authorize a prisoner to begin a habeas action without prepaying fees and costs if he or she submits an IFP application on the approved form along with the appropriate supporting documentation: (1) a financial certificate signed by an authorized prison official, (2) a copy of the prisoner's trust account statement for the six-month period prior to filing, and (3) a financial affidavit and acknowledgement signed by the prisoner showing an inability to prepay fees and costs or give security for them. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

      I will give Raymond until June 29, 2020 to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

I THEREFORE ORDER as follows:

1. The initial screening of Raymond's Petition for Writ of Habeas Corpus (ECF No. 1-1) is deferred until he fully complies with this order.

2. The Clerk of Court is instructed to MAIL Raymond a blank form IFP application for incarcerated litigants along with *two* copies of this order.

3. Raymond must file an IFP application by **June 29, 2020**, along with all required attachments. Alternatively, he shall pay the $5.00 filing fee by **June 29, 2020**. If Raymond decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

4. Raymond's failure to comply with this Order by (a) submitting an IFP application, or (b) paying the filing fee before the **June 29, 2020** deadline will result in the dismissal of this action without prejudice and without further advance notice.

Dated:  May 12, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE